Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RYAN; and MICHAELA DELACAMPA, <br><br> Plaintiffs, <br><br> v. <br><br> MASON MCDUFFIE MORTGAGE CORPORATION; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-01455-DJC-DMC <br><br> **Order for Dismissal of Entire Case** |

Pursuant to the stipulation of the parties, the action against Defendant Mason McDuffie Mortgage Corporation is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 5, 2024             /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE